11113-76635 (BDB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EDWIN ZAMARRIPA, | |
| Plaintiff, | |
| v. | Docket No.: |
| | JURY DEMANDED |
| RANDALL BENNETT EPLEY, and HOBBY LOBBY STORES, INC., | |
| Defendants. | |

## NOTICE OF REMOVAL

Come now Defendants, Randall Bennett Epley and Hobby Lobby Stores, Inc., by and through counsel, and notify the Judges of the United States District Court for the Western District of Tennessee, the clerk of the Circuit Court of Shelby County, Tennessee and Plaintiff, Edwin Zamarripa, that the action described herein and filed in the Circuit Court of Shelby County, Tennessee, is removed to the United States District Court for the Western District of Tennessee at Memphis pursuant to 28 U.S.C. § 1441(b).

1. On June 12, 2014, Plaintiff, Edwin Zamarripa, filed a civil action bearing Docket No. CT-002618-14 against Defendants in the Circuit Court of Shelby County, Tennessee.

2. Plaintiff filed this personal injury action based upon an incident that occurred in Shelby County, Tennessee on September 3, 2013.

3. Defendants seek removal of this action to this Court under 28 U.S.C. § 1332, upon the grounds that the controversy is wholly between citizens of different states

11113-76635 (BDB)

and involves an amount in controversy that exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs. Specifically, the complaint demands compensatory damages in the amount of $200,000.00.

    4.    Plaintiff Edwin Zamarripa is a resident and citizen of the State of Tennessee and was a citizen of the State of Tennessee at the time of the filing of this action and at the time of removal.  The Defendant, Hobby Lobby Stores, Inc., is an Oklahoma corporation with its principle place of business in Oklahoma City, Oklahoma, and the Defendant Randall Epley is a resident of the State of North Carolina. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

    5.    This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

    6.    A copy of the Complaint and written discovery, being all the papers served upon Defendants, is attached hereto as **Exhibit A.**

    7.    A Corporate Disclosure Statement is also filed contemporaneously herewith.

WHEREFORE, Notice is hereby given that the said civil action number CT-002618-14 is removed from the Circuit Court of Shelby County, Tennessee, to this Court.

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

    By: ___s/Bradford D. Box_____
        BRADOFRD D. BOX, BPR#16596
        A. BLAKE NEILL, #29323
        *Attorneys for Defendants Randall Epley and Hobby Lobby*
        50 North Front Street, Suite 610
        Memphis, Tennessee  38103
        (901) 333-8101
        bbox@raineykizer.com
        bneill@raineykizer.com

11113-76635 (BDB)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon:

John Michael Bailey
Kristy L. Bennett
5978 Knight Arnold Road, Suite 400
Memphis, TN 38115
901-529-1010
***Attorneys for Plaintiff***

by mailing by delivery to the person or office of such counsel.

This the 18th day of July, 2014.

                                            *s/Bradford D. Box*