IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **EDWIN ZAMARRIPA,**  Plaintiff,  v.  **RANDALL BENNETT EPLEY, and HOBBY LOBBY STORES, INC.,**  Defendants. | **Docket No. 2:14-cv-02549**  **JURY DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties to this action and inform the Court that all matters at issue in this case have been resolved by way of compromise. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action against the Defendants, Randall Bennett Epley and Hobby Lobby Stores, Inc., with prejudice. Counsel for the parties in this matter have signed a stipulation showing that all parties are in agreement, that the dismissal shall be with prejudice, and that no party will seek discretionary costs, attorney's fees, or expenses.

Respectfully submitted,

**RAINEY, KIZER, REVIERE & BELL, P.L.C.**

By:   s/ Bradford D. Box
      BRADFORD D. BOX (BPR No. 016596)
      NATHAN E. SHELBY (BPR No. 026583)
      *Attorneys for Defendants*
      209 East Main Street
      P.O. Box 1147
      Jackson, TN 38301-1147
      (731) 423-24124
      bbox@raineykizer.com
      nshelby@raineykizer.com

2

**LAW OFFICES OF JOHN MICHAEL BAILEY**

By:  s/ Kristy L. Bennett
     JOHN MICHAEL BAILEY (BPR No. 6941)
     KRISTY L. BENNETT (BPR No. 30016)
     *Attorneys for Plaintiff*
     5978 Knight Arnold Road, Suite 400
     Memphis, TN 38115
     901-529-1010
     jmb@jmblawyer.com
     kristy@calljmb.com