UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

EDWIN ZAMARRIPA                          JUDGMENT IN A CIVIL CASE

v.

RANDALL BENNETT EPLEY, and               CASE NO: 14-2549-A
HOBBY LOBBY STORES, INC.

---

**DECISION BY COURT.**   This action came to consideration before the
Court.   The issues have been considered and a decision has been
rendered.


IT IS SO ORDERED AND ADJUDGED   that in accordance with the
Stipulation Of Dismissal With Prejudice entered on June 11, 2015,
this cause is hereby dismissed with prejudice.


APPROVED:


s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 6/11/2015                          THOMAS M. GOULD
                                         Clerk of Court


                                         s/Terry L. Haley
                                         (By)  Deputy Clerk